1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAVIER PEREZ LOPEZ,

11          Petitioner,                    No. CIV S-09-0666 EFB P

12          vs.

13   JOHN W. HAVILAND, Warden,

14          Respondent.                    ORDER

15   _____/

16          Petitioner is a state prisoner proceeding without counsel in an action brought under 28

17   U.S.C. § 2254.  Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).

18          Petitioner challenges a conviction in the Stanislaus County Superior Court.  Therefore,

19   this action should have been commenced in the district court in Fresno.  Local Rule 3-120(d).

20   The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

21          Accordingly, it is hereby ordered that:

22          1.  This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).

23          2.  The Clerk of Court shall assign a new case number;

24   ////

25   ////

26   ////

                                        1

1         3.  All future filings shall bear the new case number and shall be filed at:

2                     United States District Court
                 Eastern District of California
3                     2500 Tulare Street
                 Fresno, CA 93721

4

5    DATED:  March 19, 2009.

6                                     EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE