# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PEREZ LOPEZ,<br><br>        Petitioner,<br><br>   v.<br><br>JOHN W. HAVILAND, Warden<br><br>        Respondent.<br>_____ / | 1:09-cv-00525-DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO INFORM THE COURT WHETHER RESPONDENT WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner filed the instant petition for writ of habeas corpus on March 2, 2009. On March 30, 2009, the Court directed Respondent to file a response to the petition. By separate order, the Court also directed Respondent to inform the Court whether he would consent to Magistrate Judge jurisdiction. Respondent has not responded to the Court's order. Accordingly, Respondent shall be required to notify the Clerk of Court in writing whether or not Respondent will consent to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c), using the forms supplied by the Clerk.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Clerk of Court is DIRECTED to send Respondent a copy of the consent option form and the instructions for consent to Magistrate Judge Jurisdiction; and

///

2.   Within **five (5) court** days from the date of service of this order, Respondent SHALL file with the Court a completed consent option form indicating consent or decline to Magistrate Judge Jurisdiction.

IT IS SO ORDERED.

Dated:   **July 9, 2009**          /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE